**DISMISS and Opinion Filed February 23, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00898-CV

**ECKITY CAPITAL MARKETS, LLC, Appellant**
**V.**
**JASON MICHAEL SPENCER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01927**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

170898F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ECKITY CAPITAL MARKETS, LLC,
Appellant

No. 05-17-00898-CV      V.

JASON MICHAEL SPENCER, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-01927.
Opinion delivered by Justice Whitehill.
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JASON MICHAEL SPENCER recover his costs of this appeal from appellant ECKITY CAPITAL MARKETS, LLC.

Judgment entered February 23, 2018.